IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LAWRENCE MARTIN
ADC #106491                                                                                    PLAINTIFF

V.                                   No. 5:13CV00364 KGB-JJV

CORIZON CORRECTIONAL
MEDICAL SERVICES, et al.                                                                DEFENDANTS


**ORDER**

Lawrence Martin, an Arkansas Department of Correction ("ADC") inmate, filed

this lawsuit pro se and is currently proceeding *in forma pauperis*.  (Docket entries #2, #7)

The Court has now screened his claims as required by statute.  28 U.S.C. § 1915A.  For

screening purposes, Mr. Martin has stated constitutional claims against Defendants Lay,

Wood, Jones, Brown, Warner, Plucket, White-Matthews, Swygart, May, Bland, and

Selbey.  Accordingly, service is proper for those Defendants.  Service is not proper for

Defendants Corizon or Mike Beebe.[1]  The Court will address Mr. Martin's claims against

Defendants Corizon and Beebe in a separate Recommendation.

The Clerk of Court shall prepare Summonses for Defendants Lay, Wood, Jones,

Brown, Warner, Plucket, White-Matthews, Swygart, May, Bland, and Selbey.  The United

States Marshal shall serve copies of the Complaint, with any attachments (docket entry

#2), and Summons for these Defendants without prepayment of fees and costs or security.

---

[1]  Although Mr. Martin identifies Corizon as "Corizon Correctional Medical
Services," the Court will refer to this Defendant as Corizon.

Service for Defendants Lay, Wood, Jones, Brown, Warner, Plucket, Swygart, May, and

Selbey should be through the Arkansas Department of Correction Compliance Division,

P.O. Box 20550, Pine Bluff, Arkansas 71612.  Service for Defendants White-Matthews

and Bland should be through counsel for Corizon, Humphries & Lewis, P.O. Box 20670,

White Hall, Arkansas 72612

      IT IS SO ORDERED this 7th day of March, 2014.

_____

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE