IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LAWRENCE MARTIN**                                                                                    **PLAINTIFF**
**ADC # 106491**

v.                              Case No. 5:13-cv-00364 KGB/JJV

**CORIZON CORRECTIONAL**
**MEDICAL SERVICES, et al.**                                                                 **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 9) and plaintiff Lawrence Martin's objections (Dkt. No. 10). After careful review of the recommendation, Mr. Martin's objections, and a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The Court denies Mr. Martin's motion for the appointment of counsel and for an injunction / restraining order (Dkt. No. 6).

The Court also has reviewed the second Partial Recommended Disposition submitted by Magistrate Judge Volpe (Dkt. No. 19) and the objections filed by Mr. Martin (Dkt. No. 20). After careful review of the recommendation, Mr. Martin's objections, and a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects. The Court dismisses without prejudice Mr. Martin's claims against Corizon Correctional Medical Services and Governor Mike Beebe. The Court dismisses with prejudice Mr. Martin's claim that defendants violated the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") by disclosing his personal medical information.

It is therefore ordered that:

1. Mr. Martin's motion for the appointment of counsel and for an injunction / restraining order is denied (Dkt. No. 6).

2. Mr. Martin's claims against Corizon Correctional Medical Services are dismissed without prejudice.

3. Mr. Martin's claims against Governor Mike Beebe are dismissed without prejudice.

4. Mr. Martin's claim that defendants violated HIPAA by disclosing his personal medical information is dismissed with prejudice.

SO ORDERED this the 5th day of May, 2014.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge