IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LAWRENCE MARTIN                                                                                          PLAINTIFF
ADC # 106491

v.                                    Case No. 5:13-cv-00364 KGB/JJV

CORIZON CORRECTIONAL
MEDICAL SERVICES, et al.                                                                            DEFENDANTS

## ORDER

Before the Court are two Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. Nos. 113, 141). The Court will address each in turn.

First, the Court has has reviewed the Proposed Findings and Recommendations submitted by Magistrate Judge Volpe that relate to plaintiff Lawrence Martin's motion for temporary restraining order and motion for order (Dkt. No. 113). The Court also has reviewed Mr. Martin's objections to the recommendation (Dkt. No. 117). After careful review of the recommendation, Mr. Martin's objections, and a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 113). The Court denies Mr. Martin's motion for temporary restraining order and motion for order (Dkt. Nos. 102, 104), and Mr. Martin's change of address is noted (Dkt. No. 102).

Next, the Court has reviewed the second Proposed Findings and Recommendations submitted by Magistrate Judge Volpe that relate to Mr. Martin's motion for summary judgment (Dkt. No. 141). The Court also has reviewed the objections filed by Mr. Martin to that recommendation (Dkt. No. 143). After careful review of the recommendation, Mr. Martin's objections, and a *de novo* review of the record, the Court concludes that the Proposed Findings

and Recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects (Dkt. No. 141).  Mr. Martin's motion for summary judgment is denied (Dkt. No. 130).

The Court denies as moot Mr. Martin's motion for ruling (Dkt. No. 146).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this the 18th day of February, 2015.

                                                                     _____
Kristine G. Baker
United States District Judge