**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**LAWRENCE MARTIN**                                                                                              **PLAINTIFF**
**ADC # 106491**

v.                              Case No. 5:13-cv-00364 KGB/JJV

**CORIZON CORRECTIONAL**
**MEDICAL SERVICES,** *et al.*                                                                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this date, it is considered and adjudged that this case is dismissed. This dismissal is with prejudice as to plaintiff Lawrence Martin's claims against defendants Estella Bland, Lavanda White-Matthews, Jeremy Jones, Gaylon Lay, Larry May, Brenda Swygart, and Crystal Wood, and without prejudice as to Mr. Martin's claims against defendants Eddie Selvey, Mark Warner, Christopher Brown, and Phillip Puckett

SO ADJUDGED this the 31st day of August, 2015.

_____
Kristine G. Baker
United States District Judge